**UNITED STATES of America, Plaintiff—Appellee,**

**v.**

**Thomas Lester KETELSEN, Defendant—Appellant.**

**No. 08–7506.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 21, 2009.

Decided: May 26, 2009.

Thomas Lester Ketelsen, Appellant Pro Se. Gretchen C.F. Shappert, United States Department of Justice, Washington, D.C., for Appellee.

Before MOTZ, TRAXLER, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Lester Ketelsen appeals the district court's order denying Ketelsen's motion to amend the 2004 judgment sentencing him to 210 months' imprisonment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Ketelsen,* No. 1:04–cr–00070–LHT–1, 2008 WL 2899668 (W.D.N.C. July 21, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*